IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHANNA BRUCE, et al.,

    Plaintiffs,

     v.

PHARMACENTRA, LLC, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:07-CV-3053-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 22] of the Magistrate Judge recommending that the Court grant the Motion to Compel Arbitration [Doc. 2] of Johanna Bruce's claims and grant the Motion to Dismiss [Doc. 2] as to Kathryn Bruce's Title VII claims. The Magistrate Judge also recommends that the Plaintiffs' Motion for Default Judgment [Doc. 4] be denied and the Defendant Green's Motion to Set Aside Default [Doc. 6] be granted. The Plaintiffs' objections to setting aside the default are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Compel Arbitration [Doc. 2] of Johanna Bruce's claims is GRANTED. The Motion to Dismiss [Doc. 2] as to Kathryn Bruce's Title VII claims

T:\ORDERS\07\Bruce\r&r.wpd

is GRANTED.  The Plaintiffs' Motion for Default Judgment [Doc. 4] is DENIED.

The Defendant Green's Motion to Set Aside Default [Doc. 6] is GRANTED.

SO ORDERED, this 24 day of April, 2008.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge